[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 22-12954

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

WILLIAM K. GORDON, JR.,

Defendant- Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cr-00037-MW-MAF-1

————————————————

Before JORDAN, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Eric Milles, counsel for William Gordon in his direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gordon's convictions and sentences are **AFFIRMED**.